# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: LIMA, RICK CARL §  | Case No. 10-71140 |
|     LIMA, SHARON MICHELLE § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 10, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         125,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 31,374.96 |
| Administrative expenses | 44,998.68 |
| Bank service fees | 202.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 33,424.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/23/2010 and the deadline for filing governmental claims was 09/06/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,750.00, for a total compensation of $8,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/13/2014        By: /s/BERNARD J. NATALE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-71140
**Case Name:** LIMA, RICK CARL
LIMA, SHARON MICHELLE
**Period Ending:** 02/13/14

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 03/10/10 (f)
**§341(a) Meeting Date:** 04/19/10
**Claims Bar Date:** 07/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 single family home located at 9707 Sheldon Rd.,<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 85,750.00 | 0.00 | | 0.00 | FA |
| 2 single family home located at 9381 Diana Lane, H<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 276,500.00 | 0.00 | | 0.00 | FA |
| 3 single family home located at 9212 Bristol Rd.,<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 125,750.00 | 0.00 | | 0.00 | FA |
| 4 cash in possession<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 AIM Growth Allocation Fund owed by wife as custo<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 601.71 | 601.71 | | 0.00 | FA |
| 6 checking account at Harris N.A.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 501.37 | 501.37 | | 0.00 | FA |
| 7 checking account at Harris Bank; Debtor's name i<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 checking account at Harris in the name of Finish<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9.00 | 9.00 | | 0.00 | FA |
| 9 household furniture and appliances<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 500.00 | | 0.00 | FA |
| 10 three computers, three laptops, two printers/sca<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 book, pictures, CD's<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 12 clothing | 500.00 | 0.00 | | 0.00 | FA |

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71140  
**Case Name:** LIMA, RICK CARL  
                LIMA, SHARON MICHELLE  
**Period Ending:** 02/13/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/10/10 (f)  
**§341(a) Meeting Date:** 04/19/10  
**Claims Bar Date:** 07/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
|     Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13   costume jewelry and wedding rings.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14   husband's term life insurance policy with Reassu<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15   wife's term term life insurance policy with Bann<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16   Teacher Retirement System of the State of Illino<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 118,380.49 | 0.00 | | 0.00 | FA |
| 17   100% ownership in Finish It Inc.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18   2007 Hyundai Entourage-4D Pass Van SE 44,826 mil<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9,050.00 | 0.00 | | 0.00 | FA |
| 19   2005 Dodge Durango-4WD Utility; 63,942 miles; ow<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,125.00 | 0.00 | | 0.00 | FA |
| 20   2004 Hyundai XG350; 69,919 miles owned jointly w<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,112.50 | 0.00 | | 0.00 | FA |
| 21   personal injury claim for slip and fall against<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 125,000.00 | FA |
| 22   timeshare in Disney's Animal Villas, A Leasehold<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| **22  Assets  Totals** (Excluding unknown values) | **$628,530.07** | **$1,762.08** | | **$125,000.00** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-71140  
**Case Name:** LIMA, RICK CARL  
LIMA, SHARON MICHELLE  
**Period Ending:** 02/13/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/10/10 (f)  
**§341(a) Meeting Date:** 04/19/10  
**Claims Bar Date:** 07/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL PROSECUTING PERSONAL INJURY CASE. SEE STATUS REPORT.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** March 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-71140  
**Case Name:** LIMA, RICK CARL  
LIMA, SHARON MICHELLE  
**Taxpayer ID #:** **-***0519  
**Period Ending:** 02/13/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/09/13 | {21} | Gallagher Basset Services, Inc. for Best Buy | Settlement of PI Case | 1142-000 | 125,000.00 | | 125,000.00 |
| 10/15/13 | 101 | Attorney Charles E Adler | Special Counsel Fee paid pursuant to order entered 9/11/13 | 3210-600 | | 41,666.67 | 83,333.33 |
| 10/15/13 | 102 | Attorney Charles E Adler | Payment of Sp Counsel Expenses pursuant to order entered 9/11/13 | 3220-610 | | 3,332.01 | 80,001.32 |
| 10/15/13 | 103 | Community High School 155 | Pymt of Lien to School District pursuant to order entered on 9/11/13 | 4210-000 | | 26,599.44 | 53,401.88 |
| 10/15/13 | 104 | Law Office of Thomas J. Popovich PC | Pymt of atty fees pursuant to order entered 9/11/13 | 4210-000 | | 3,644.52 | 49,757.36 |
| 10/15/13 | 105 | Dependon Collection Agent for: | Ref # LIEN B35591-796330 Pymt of lien pursuant to order entered 9/11/13 | 4210-000 | | 539.00 | 49,218.36 |
| 10/15/13 | 106 | Neopath S C | Ref # LIEN Pymt of lien pursuant to order entered 9/11/13 | 4210-000 | | 592.00 | 48,626.36 |
| 10/15/13 | 107 | Rick Lima | Pymt of Debtor's Exemption pursuant to order entered 9/11/13 | 8100-002 | | 15,000.00 | 33,626.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.41 | 33,532.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.91 | 33,478.04 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.90 | 33,424.14 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 125,000.00 | 91,575.86 | **$33,424.14** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 125,000.00 | 91,575.86 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| **NET Receipts / Disbursements** | | **$125,000.00** | **$76,575.86** | |

Net Receipts : 125,000.00  
Less Payments to Debtor : 15,000.00  
Net Estate : $110,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7566 | 125,000.00 | 76,575.86 | 33,424.14 |
| | $125,000.00 | $76,575.86 | $33,424.14 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 23, 2010

| | | | Page: 1 | | **Date:** February 13, 2014 | |
|---|---|---|---|---|---|---|
| **Case Number:** 10-71140 | | | | | | |
| **Debtor Name:** LIMA, RICK CARL | | | | | **Time:** 05:27:13 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $108.64 | $0.00 | 108.64 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,640.50 | $0.00 | 1,640.50 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $8,750.00 | $0.00 | 8,750.00 |
| SPEXP 199 | Attorney Charles E Adler<br>Adler Law Offices Ltd<br>Suite 3440, 30 North LaSalle St<br>Chicago, IL 60602 | Admin Ch. 7 | | $3,332.01 | $3,332.01 | 0.00 |
| SPCOUNSE 199 | Attorney Charles E Adler<br>Adler Law Offices Ltdf<br>Suite 3440, 30 Nroth LaSalle St<br>Chicago, IL 60602 | Admin Ch. 7 | | $41,666.67 | $41,666.67 | 0.00 |
| EXEMPTIO 100 | Rick Lima<br>9212 Bristol Lane<br>Huntley, IL | Secured | Pursuant to order dated 9/11/13 | $15,000.00 | $15,000.00 | 0.00 |
| WDFD 950 | Dependon Collection Agent for:<br>West Dundee Fire Department<br>P O Box 4833<br>Oak Brook, IL 60523 | Secured | LIEN   B35591-796330<br>Pursuant to order entered 9/11/13 | $539.00 | $539.00 | 0.00 |
| NEOSC 950 | Neopath S C<br>520 E 22nd Street<br>Lombard, IL 60148 | Secured | LIEN<br>Pursuant to order dated 9/11/13 | $592.00 | $592.00 | 0.00 |
| CD155 950 | Community High School 155<br>Center for Education<br>One South Virginia Road<br>Crystal Lake, IL 60014 | Secured | Pursuant to Order entered 9/11/13 | $26,599.44 | $26,599.44 | 0.00 |
| POPOVICH 950 | Law Office of Thomas J. Popovich PC<br>3416 W Elm Street<br>McHenry, IL 60050 | Secured | Pursuant to order dated 9/11/13 | $3,644.52 | $3,644.52 | 0.00 |
| 1 610 | American Infosource Lp<br>WFNB/Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | 5598 | $1,087.20 | $0.00 | 1,087.20 |
| 2 610 | Target National Bank<br>% Weinstein & RIley PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 | Unsecured | 4348 | $12,792.87 | $0.00 | 12,792.87 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 23, 2010

**Case Number:** 10-71140  
**Debtor Name:** LIMA, RICK CARL

Page: 2

**Date:** February 13, 2014  
**Time:** 05:27:13 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | State Farm Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 7917 | $17,706.73 | $0.00 | 17,706.73 |
| 4 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 1436 | $15,149.24 | $0.00 | 15,149.24 |
| 5 610 | Midland Funding LLC<br>% Recoser LLC<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | Unsecured | 9640/JC PENNEY | $258.56 | $0.00 | 258.56 |
| 6 610 | Midland Funding LLC<br>% Recoser LLC<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | Unsecured | 5171/LOWES | $2,881.04 | $0.00 | 2,881.04 |
| 7 610 | American Express Bank, FSB<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 1002 | $27,229.63 | $0.00 | 27,229.63 |
| 8 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | 5494/KOHLS | $1,621.71 | $0.00 | 1,621.71 |
| 9 610 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured | 0890 | $11,441.69 | $0.00 | 11,441.69 |
| 10 610 | Citibank, NA<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | 0812 | $6,000.76 | $0.00 | 6,000.76 |
| 11 610 | Citicorp Trust Bank<br>P O Box 6042<br>Sioux Falls, SD 57117-6042 | Unsecured | 3825 | $1,152.00 | $0.00 | 1,152.00 |
| **<< Totals >>** | | | | 199,194.21 | 91,373.64 | 107,820.57 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-71140
Case Name: LIMA, RICK CARL
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 33,424.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| WDFD | Dependon Collection Agent for: | 539.00 | 539.00 | 539.00 | 0.00 |
| NEOSC | Neopath S C | 592.00 | 592.00 | 592.00 | 0.00 |
| CD155 | Community High School 155 | 26,599.44 | 26,599.44 | 26,599.44 | 0.00 |
| POPOVICH | Law Office of Thomas J. Popovich PC | 3,644.52 | 3,644.52 | 3,644.52 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 33,424.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 8,750.00 | 0.00 | 8,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,640.50 | 0.00 | 1,640.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 108.64 | 0.00 | 108.64 |
| Other Fees: Attorney Charles E Adler | 41,666.67 | 41,666.67 | 0.00 |
| Other Expenses: Attorney Charles E Adler | 3,332.01 | 3,332.01 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,499.14
Remaining balance: $ 22,925.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,925.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 22,925.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,321.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 1,087.20 | 0.00 | 256.10 |
| 2 | Target National Bank | 12,792.87 | 0.00 | 3,013.48 |
| 3 | State Farm Bank | 17,706.73 | 0.00 | 4,170.99 |
| 4 | Chase Bank USA, N.A. | 15,149.24 | 0.00 | 3,568.55 |
| 5 | Midland Funding LLC | 258.56 | 0.00 | 60.91 |
| 6 | Midland Funding LLC | 2,881.04 | 0.00 | 678.66 |
| 7 | American Express Bank, FSB | 27,229.63 | 0.00 | 6,414.20 |
| 8 | Chase Bank USA,N.A | 1,621.71 | 0.00 | 382.01 |
| 9 | U.S. Bank N.A. | 11,441.69 | 0.00 | 2,695.20 |
| 10 | Citibank, NA | 6,000.76 | 0.00 | 1,413.54 |
| 11 | Citicorp Trust Bank | 1,152.00 | 0.00 | 271.36 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 22,925.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: $ | 0.00 |
| | Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**