# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LIMA, RICK CARL                          § Case No. 10-71140
       LIMA, SHARON MICHELLE                    §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/10/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/13/2014      By: /s/BERNARD J. NATALE
                                              Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LIMA, RICK CARL | § | Case No. 10-71140 |
| LIMA, SHARON MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  125,000.00 |
| *and approved disbursements of* | $  91,575.86 |
| *leaving a balance on hand of* [1] | $  33,424.14 |
| **Balance on hand:** | $  33,424.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| WDFD | Dependon Collection Agent for: | 539.00 | 539.00 | 539.00 | 0.00 |
| NEOSC | Neopath S C | 592.00 | 592.00 | 592.00 | 0.00 |
| CD155 | Community High School 155 | 26,599.44 | 26,599.44 | 26,599.44 | 0.00 |
| POPOVICH | Law Office of Thomas J. Popovich PC | 3,644.52 | 3,644.52 | 3,644.52 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  33,424.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 8,750.00 | 0.00 | 8,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,640.50 | 0.00 | 1,640.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 108.64 | 0.00 | 108.64 |
| Other Fees: Attorney Charles E Adler | 41,666.67 | 41,666.67 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: Attorney Charles E Adler | 3,332.01 | 3,332.01 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,499.14
Remaining balance: $ 22,925.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,925.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 22,925.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,321.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 1,087.20 | 0.00 | 256.10 |
| 2 | Target National Bank | 12,792.87 | 0.00 | 3,013.48 |
| 3 | State Farm Bank | 17,706.73 | 0.00 | 4,170.99 |
| 4 | Chase Bank USA, N.A. | 15,149.24 | 0.00 | 3,568.55 |
| 5 | Midland Funding LLC | 258.56 | 0.00 | 60.91 |
| 6 | Midland Funding LLC | 2,881.04 | 0.00 | 678.66 |
| 7 | American Express Bank, FSB | 27,229.63 | 0.00 | 6,414.20 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | Chase Bank USA,N.A | 1,621.71 | 0.00 | 382.01 |
| 9 | U.S. Bank N.A. | 11,441.69 | 0.00 | 2,695.20 |
| 10 | Citibank, NA | 6,000.76 | 0.00 | 1,413.54 |
| 11 | Citicorp Trust Bank | 1,152.00 | 0.00 | 271.36 |

Total to be paid for timely general unsecured claims: $ 22,925.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-71140-TML
Rick Carl Lima                                                          Chapter 7
Sharon Michelle Lima
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: ldixon              Page 1 of 3                Date Rcvd: Feb 18, 2014
                              Form ID: pdf006           Total Noticed: 111

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
```
db         #+Rick Carl Lima,    9707 Sheldon Rd.,   Huntley, IL 60142-2416
jdb        #+Sharon Michelle Lima,    9707 Sheldon Rd.,   Huntley, IL 60142-2416
15236113     American Express,    P.O. Box 105278,   Atlanta, GA 30348-5278
15236111    +American Express,    P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
15236110     American Express,    P.O. Box 981535,   El Paso, TX 79998-1535
15236109     American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
15236108     American Express,    Box 0001,   Los Angeles, CA 90096-0001
15236112    +American Express,    200 Vesey Street, 44th Floor,    New York, NY 10285-0002
15623863     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
15236114    +Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
15236115    +Amr Eagle Bk,    556 Randall Road,   South Elgin, IL 60177-3315
15236116    +Aspen Lawn and Landscaping, Inc.,    13310 Pleasant Valley Rd,   Woodstock, IL 60098-8971
15236119   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
15236117    +Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
15236118    +Bac/Fleet-Bkcard,    200 Tournament Dr,   Horsham, PA 19044-3606
15236121     Bank of America,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
15236122     Bank of America,    P.O. Box 15027,   Wilmington, DE 19850-5027
15236123     Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
15236124    +Barrington Orthopedic Specialists,    1124 Paysphere Circle,   Chicago, IL 60674-0011
15236144   ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank MC,    P.O. Box 688901,   Des Moines, IA 50368)
15236126    +Charles Adler,    30 North Lasalle Suite 3440,   Chicago, IL 60602-3336
15236128    +Chase,   201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
15236133    +Chase,   201 N. Walnut St. #DE1-10,    Wilmington, DE 19801-2920
15236127    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
15236130    +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
15236135    +Chase,   P.O. Box 9001871,    Louisville, KY 40290-1871
15236132    +Chase,   800 Brooksedge,    Westerville, OH 43081-2822
15236129    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
15236134    +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
15579487     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15695108    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15236136    +Chase Manhattan Mtge,    3415 Vision Dr,   Columbus, OH 43219-6009
15236137    +Chld/Cbsd,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
15236138    +Cit Bank/Dfs,    12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1725
15236141     Citi,   P.O. Box 6003,    Hagerstown, MD 21747
15236139    +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
15236140     Citi,   Box 6000,    The Lakes, NV 89163-6000
15236142    +Citi Business Card,    P.O. Box 44180,   Jacksonville, FL 32231-4180
15236143    +Citi Cards,    P.O. Box 688904,   Wilmington, DE 19886-0001
15236148     CitiMortgage, Inc.,    P.O. Box 183040,   Columbus, OH 43218-3040
15236149    +CitiMortgage, Inc.,    P.O. Box 689196,   Des Moines, IA 50368-9196
17625820    +Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
15236145    +Citifinancial Retail S,    P.O. Box 22066,   Tempe, AZ 85285-2066
15236152    +Disney Vacation Development, Inc.,    200 Celebration Place,   Celebration, FL 34747-5483
15236154    +Equifax Information Services,    P.O. Box 740256,   Atlanta, GA 30374-0256
15236155    +Experian,    P.O. Box 2002,   Allen, TX 75013-2002
15236159   ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
             (address filed with court: Forster & Garbus LLP,    500 Bi-County Blvd, Suite 300,
               Farmingdale, NY 11735)
15236157    +First Usa Bank,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
15236158    +Ford Cred,   P.O. Box 542000,    Omaha, NE 68154-8000
15236169     HSBC,   P.O. Box 5608,    Glendale Heights, IL 60139-5608
15236174   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Rhode,    P.O. Box 15524,   Wilmington, DE 19850)
15236171     HSBC Bank,    P.O. Box 97280,   Portland, OR 97280
15236172     HSBC Card Services,    P.O. Box 17051,   Baltimore, MD 21297-1051
15236173     HSBC Card Services,    P.O. Box 80084,   Salinas, CA 93912-0084
15236167     Harris Bk Nh,    6502 South Yale C/O Fdr,   Tulsa, OK 74136
15236168    +Hrsusa,    90 Christiana Road Mail Only,   New Castle, DE 19720-3118
15236170    +Hsbc Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
15236175    +Hsbc/Rs,    P.O. Box 15521,   Wilmington, DE 19850-5521
15236176    +Hyundai,    771 S. Randall Rd.,   Algonquin, IL 60102-5914
15236177   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Dept. of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph,   Chicago, IL 60101)
15236178    +Karen Lima,    1031 Tennessee Lane,   Elk Grove Village, IL 60007-2951
15236182    +McHenry County Treasurer,    2200 N. Seminary Avenue,    Woodstock, IL 60098-2694
19929273     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
15236183     Paulh/Cbsd,    P.O. Box 7038 Tape Only,   Sioux Falls, SD 57117
15236184    +Premier Credit Union,    1212 W Northwest Hwy Ste,   Palatine, IL 60067-1897
```

```
District/off: 0752-3          User: ldixon              Page 2 of 3                   Date Rcvd: Feb 18, 2014
                              Form ID: pdf006           Total Noticed: 111

15236185      +Principal Residentl Mt,    711 High St,    Des Moines, IA 50392-0001
15236186      +Rnb-Fields3,    P.O. Box 9475,    Minneapolis, MN 55440-9475
15236187      +Sears/Cbsd,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
15526137       State Farm Bank,    POB 3001,    Malvern, PA 19355-0701
15236188      +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
15236189      +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
15236190       Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
15236192      +Target Nb,    P.O. Box 673,    Minneapolis, MN 55440-0673
15236193      +Thd/Cbsd,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15236194      +Trans Union Corporation,    P.O. Box 34012,    Fullerton, CA 92834-9412
15746794     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
15236197       US Bank,    P.O. Box 20005,    Owensboro, KY 42304-0005
15236196       US Bank,    P.O. Box 6351,    Fargo, ND 58125-6351
15236195      +Unvl/Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15236203     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
15236212      +WFNNB/Victorias Secret,    4590 E. Broad St.,    Columbus, OH 43213-1301
15236201      +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
15236199      +Wells Fargo,    P.O. Box 53439,    Phoenix, AZ 85072-3439
15236200       Wells Fargo,    P.O. Box 5140,    Sioux Falls, SD 57117-5140
15236202      +Wells Fargo Financial,    4143 121st St,    Urbandale, IA 50323-2310
15236205      +Wffinance,    1115 N Salem Dr,    Schaumburg, IL 60194-1332
15236206      +Wffinance,    1191 E Dundee Rd,    Palatine, IL 60074-8306
15236207      +Wffinance,    2283 Randall Rd,    Carpentersville, IL 60110-3355
15236208      +Wffnatbank,    P.O. Box 94498,    Las Vegas, NV 89193-4498
15236209      +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
15236210      +Wfnnb/New York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
15236211      +Wfnnb/Victorias Secret,    P.O. Box 182128,    Columbus, OH 43218-2128
15236213      +Wlsfgr Hmmtg,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15471569       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2014 02:52:56
                 American Infosource Lp As Agent for,    World Financial Network National Bank As,
                 Victoria’s Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
15236125       E-mail/Text: dob@bcu.org Feb 19 2014 02:46:02      Baxter Credit Union,    340 N. Milwaukee Avenue,
                 Vernon Hills, IL 60061
15236151      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2014 02:57:10      Discover Fin Svcs Llc,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
15236156      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 19 2014 02:45:38      First Midwest Bank/Na,
                 300 N Hunt Club Rd,    Gurnee, IL 60031-2502
15236160      +E-mail/Text: ally@ebn.phinsolutions.com Feb 19 2014 02:43:12      G M A C,   15303 S 94th Ave,
                 Orland Park, IL 60462-3825
15614417      +E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:53:17
                 GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15614418      +E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:53:17      GE Money Bank dba LOWES CONSUMER,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15236163      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:52:53      GEMB/JC Penney,    P.O. Box 981400,
                 El Paso, TX 79998-1400
15236165      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:04      GEMB/JCPenny,    P.O. Box 981131,
                 El Paso, TX 79998-1131
15236161      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:55:10      Gemb/Bryant,    P.O. Box 981439,
                 El Paso, TX 79998-1439
15236162      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:55:10      Gemb/Discount Tire,
                 P.O. Box 981439,    El Paso, TX 79998-1439
15236164       E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:04      Gemb/Jcp,    P.O. Box 984100,
                 El Paso, TX 79998
15236166       E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:53:03      Gemb/Lowes,    P.O. Box 103065,
                 Roswell, GA 30076
15236150       E-mail/Text: cio.bncmail@irs.gov Feb 19 2014 02:43:47      Department of the Treasury-IRS,
                 Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
15236179       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 19 2014 02:43:28      Kohl’s,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
15236180      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 19 2014 02:43:29      Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19929274       E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:53:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
15472783      +E-mail/Text: bncmail@w-legal.com Feb 19 2014 02:45:05      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18
```

```
District/off: 0752-3          User: ldixon                Page 3 of 3                  Date Rcvd: Feb 18, 2014
                              Form ID: pdf006             Total Noticed: 111

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15838627*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank South Dakota NA,    Payment Center,    4740 121st St,
               Urbandale, IA 50323)
15236131*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15236198*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
15236204*    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)
15236120     ##+Bank Of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
15887874      ##Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
15236146     ##+Citimortage, Inc.,    5280 Corporate Drive,    Frederick, MD 21703-8502
15236147     ##+Citimortgage Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
15236153     ##+Elavenil Tharumarasan,    9381 Diana Lane,    Huntley, IL 60142-2456
15236181     ##+Laura and Daniel Pupinik,    9212 Bristol Road,    Huntley, IL 60142-2468
15236191     ##+Target National Bank,    c/o Payment Processing Center,    P.O. Box 59317,
               Minneapolis, MN 55459-0317
                                                                                              TOTALS: 0, * 4, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2014 at the address(es) listed below:
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Diane Brazen Gordon    on behalf of Debtor Rick Carl Lima diane@brazengordon.com,
               dgordon33@hotmail.com
              Diane Brazen Gordon    on behalf of Joint Debtor Sharon Michelle Lima diane@brazengordon.com,
               dgordon33@hotmail.com
              Heather M Giannino    on behalf of Creditor   Bank of America, N.A. bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Michael J Kalkowski    on behalf of Creditor   BAC Home Loans Servicing, LP FKA Countrywide Home
                Loans Servicing LP mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 8
```