# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LIMA, RICK CARL | § | Case No. 10-71140 |
| LIMA, SHARON MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $628,530.07 *(without deducting any secured claims)* | Assets Exempt: $162,392.99 |
| Total Distribution to Claimants: $54,299.96 | Claims Discharged Without Payment: $179,295.37 |
| Total Expenses of Administration: $55,700.04 | |

3) Total gross receipts of $ 125,000.00 (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $110,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $952,782.09 | $31,374.96 | $31,374.96 | $31,374.96 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,700.04 | 55,700.04 | 55,700.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 137,266.94 | 97,321.43 | 97,321.43 | 22,925.00 |
| **TOTAL DISBURSEMENTS** | $1,090,049.03 | $184,396.43 | $184,396.43 | $110,000.00 |

4) This case was originally filed under Chapter 7 on March 10, 2010.
The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __04/15/2014_____   By: _/s/BERNARD J. NATALE_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim for slip and fall against | 1142-000 | 125,000.00 |
| **TOTAL GROSS RECEIPTS** | | $125,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rick Lima | Pymt of Debtor's Exemption pursuant to order entered 9/11/13 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| WDFD | Dependon Collection Agent for: | 4210-000 | N/A | 539.00 | 539.00 | 539.00 |
| NEOSC | Neopath S C | 4210-000 | N/A | 592.00 | 592.00 | 592.00 |
| CD155 | Community High School 155 | 4210-000 | N/A | 26,599.44 | 26,599.44 | 26,599.44 |
| NOTFILED | Citimortgage Inc | 4110-000 | 72,749.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 343,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 270,437.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 260,391.00 | N/A | N/A | 0.00 |
| NOTFILED | Baxter Credit Union | 4110-000 | 5,451.09 | N/A | N/A | 0.00 |
| POPOVICH | Law Office of Thomas J. Popovich PC | 4210-000 | N/A | 3,644.52 | 3,644.52 | 3,644.52 |
| **TOTAL SECURED CLAIMS** | | | $952,782.09 | $31,374.96 | $31,374.96 | $31,374.96 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 108.64 | 108.64 | 108.64 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,640.50 | 1,640.50 | 1,640.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 8,750.00 | 8,750.00 | 8,750.00 |
| Attorney Charles E Adler | 3220-610 | N/A | 3,332.01 | 3,332.01 | 3,332.01 |
| Attorney Charles E Adler | 3210-600 | N/A | 41,666.67 | 41,666.67 | 41,666.67 |
| Rabobank, N.A. | 2600-000 | N/A | 93.41 | 93.41 | 93.41 |
| Rabobank, N.A. | 2600-000 | N/A | 54.91 | 54.91 | 54.91 |
| Rabobank, N.A. | 2600-000 | N/A | 53.90 | 53.90 | 53.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $55,700.04 | $55,700.04 | $55,700.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp | 7100-000 | N/A | 1,087.20 | 1,087.20 | 256.10 |
| 2 | Target National Bank | 7100-000 | 11,699.00 | 12,792.87 | 12,792.87 | 3,013.48 |
| 3 | State Farm Bank | 7100-000 | 15,435.00 | 17,706.73 | 17,706.73 | 4,170.99 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 15,149.24 | 15,149.24 | 3,568.55 |
| 5 | Midland Funding LLC | 7100-000 | 114.00 | 258.56 | 258.56 | 60.91 |
| 6 | Midland Funding LLC | 7100-000 | 2,677.00 | 2,881.04 | 2,881.04 | 678.66 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 27,229.63 | 27,229.63 | 6,414.20 |
| 8 | Chase Bank USA,N.A | 7100-000 | 1,291.00 | 1,621.71 | 1,621.71 | 382.01 |
| 9 | U.S. Bank N.A. | 7100-000 | N/A | 11,441.69 | 11,441.69 | 2,695.20 |
| 10 | Citibank, NA | 7100-000 | N/A | 6,000.76 | 6,000.76 | 1,413.54 |
| 11 | Citicorp Trust Bank | 7100-000 | 1,152.00 | 1,152.00 | 1,152.00 | 271.36 |
| NOTFILED | Hyundai | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen Lima | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. of Revenue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Principal Residentl Mt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paulh/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rhode | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 665.65 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 489.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Cred | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank/Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bk Nh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hrsusa | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gemb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-Fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Discount Tire | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffnatbank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wlsfgr Hmmtg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/New York & Compa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Victorias Secret | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage/Cc 5 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage/Cc 5 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Union Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax Information Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/Na Nd | 7100-000 | 10,821.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 37,659.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Lawn and Landscaping, Inc. | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 25,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Amr Eagle Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac/Fleet-Bkcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Treasurer | 7100-000 | 3,904.48 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Orthopedic Specialists | 7100-000 | 2,757.81 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,773.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chld/Cbsd | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | Cit Bank/Dfs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business Card | 7100-000 | 4,896.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of the Treasury-IRS Centralized | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $137,266.94 | $97,321.43 | $97,321.43 | $22,925.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-71140 | **Trustee:** (330370)  BERNARD J. NATALE |
| **Case Name:** LIMA, RICK CARL | **Filed (f) or Converted (c):** 03/10/10 (f) |
| LIMA, SHARON MICHELLE | **§341(a) Meeting Date:** 04/19/10 |
| **Period Ending:** 04/15/14 | **Claims Bar Date:** 07/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  single family home located at 9707 Sheldon Rd., Orig. Asset Memo: Imported from original petition Doc# 1 | 85,750.00 | 0.00 | | 0.00 | FA |
| 2  single family home located at 9381 Diana Lane, H Orig. Asset Memo: Imported from original petition Doc# 1 | 276,500.00 | 0.00 | | 0.00 | FA |
| 3  single family home located at 9212 Bristol Rd., Orig. Asset Memo: Imported from original petition Doc# 1 | 125,750.00 | 0.00 | | 0.00 | FA |
| 4  cash in possession Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5  AIM Growth Allocation Fund owed by wife as custo Orig. Asset Memo: Imported from original petition Doc# 1 | 601.71 | 601.71 | | 0.00 | FA |
| 6  checking account at Harris N.A. Orig. Asset Memo: Imported from original petition Doc# 1 | 501.37 | 501.37 | | 0.00 | FA |
| 7  checking account at Harris Bank; Debtor's name i Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  checking account at Harris in the name of Finish Orig. Asset Memo: Imported from original petition Doc# 1 | 9.00 | 9.00 | | 0.00 | FA |
| 9  household furniture and appliances Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 500.00 | | 0.00 | FA |
| 10  three computers, three laptops, two printers/sca Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11  book, pictures, CD's Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 12  clothing | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-71140 | Trustee: (330370) BERNARD J. NATALE |
| Case Name: LIMA, RICK CARL | Filed (f) or Converted (c): 03/10/10 (f) |
| LIMA, SHARON MICHELLE | §341(a) Meeting Date: 04/19/10 |
| Period Ending: 04/15/14 | Claims Bar Date: 07/23/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | costume jewelry and wedding rings.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | husband's term life insurance policy with Reassu<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | wife's term term life insurance policy with Bann<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Teacher Retirement System of the State of Illino<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 118,380.49 | 0.00 | | 0.00 | FA |
| 17 | 100% ownership in Finish It Inc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2007 Hyundai Entourage-4D Pass Van SE 44,826 mil<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,050.00 | 0.00 | | 0.00 | FA |
| 19 | 2005 Dodge Durango-4WD Utility; 63,942 miles; ow<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,125.00 | 0.00 | | 0.00 | FA |
| 20 | 2004 Hyundai XG350; 69,919 miles owned jointly w<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,112.50 | 0.00 | | 0.00 | FA |
| 21 | personal injury claim for slip and fall against<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 125,000.00 | FA |
| 22 | timeshare in Disney's Animal Villas, A Leasehold<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 22 | Assets   Totals (Excluding unknown values) | $628,530.07 | $1,762.08 | | $125,000.00 | $0.00 |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-71140 | **Trustee:**          (330370)    BERNARD J. NATALE |
| **Case Name:**    LIMA, RICK CARL | **Filed (f) or Converted (c):** 03/10/10 (f) |
|                   LIMA, SHARON MICHELLE | **§341(a) Meeting Date:**    04/19/10 |
| **Period Ending:** 04/15/14 | **Claims Bar Date:**    07/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2012        **Current Projected Date Of Final Report (TFR):**       February 13, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-71140 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** LIMA, RICK CARL | **Bank Name:** Rabobank, N.A. |
| LIMA, SHARON MICHELLE | **Account:** ******7566 - Checking Account |
| **Taxpayer ID #:** **-***0519 | **Blanket Bond:** $606,000.00  (per case limit) |
| **Period Ending:** 04/15/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/13 | {21} | Gallagher Basset Services, Inc. for Best Buy | Settlement of PI Case | 1142-000 | 125,000.00 | | 125,000.00 |
| 10/15/13 | 101 | Attorney Charles E Adler | Special Counsel Fee paid pursuant to order entered 9/11/13 | 3210-600 | | 41,666.67 | 83,333.33 |
| 10/15/13 | 102 | Attorney Charles E Adler | Payment of Sp Counsel Expenses pursuant to order entered 9/11/13 | 3220-610 | | 3,332.01 | 80,001.32 |
| 10/15/13 | 103 | Community High School 155 | Pymt of Lien to School District pursuant to order entered on 9/11/13 | 4210-000 | | 26,599.44 | 53,401.88 |
| 10/15/13 | 104 | Law Office of Thomas J. Popovich PC | Pymt of atty fees pursuant to order entered 9/11/13 | 4210-000 | | 3,644.52 | 49,757.36 |
| 10/15/13 | 105 | Dependon Collection Agent for: | Ref # LIEN    B35591-796330   Pymt of lien pursuant to order entered 9/11/13 | 4210-000 | | 539.00 | 49,218.36 |
| 10/15/13 | 106 | Neopath S C | Ref # LIEN    Pymt of lien pursuant to order entered 9/11/13 | 4210-000 | | 592.00 | 48,626.36 |
| 10/15/13 | 107 | Rick Lima | Pymt of Debtor's Exemption pursuant to order entered 9/11/13 | 8100-002 | | 15,000.00 | 33,626.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.41 | 33,532.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.91 | 33,478.04 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.90 | 33,424.14 |
| 03/10/14 | 108 | BERNARD J. NATALE | Dividend paid 100.00% on $8,750.00, Trustee Compensation;  Reference: | 2100-000 | | 8,750.00 | 24,674.14 |
| 03/10/14 | 109 | American Infosource Lp | Distribution paid 23.55% on $1,087.20; Claim# 1; Filed: $1,087.20; Reference: 5598 | 7100-000 | | 256.10 | 24,418.04 |
| 03/10/14 | 110 | Target National Bank | Distribution paid 23.55% on $12,792.87; Claim# 2; Filed: $12,792.87; Reference: 4348 | 7100-000 | | 3,013.48 | 21,404.56 |
| 03/10/14 | 111 | State Farm Bank | Distribution paid 23.55% on $17,706.73; Claim# 3; Filed: $17,706.73; Reference: 7917 | 7100-000 | | 4,170.99 | 17,233.57 |
| 03/10/14 | 112 | Chase Bank USA, N.A. | Distribution paid 23.55% on $15,149.24; Claim# 4; Filed: $15,149.24; Reference: 1436 | 7100-000 | | 3,568.55 | 13,665.02 |
| 03/10/14 | 113 | American Express Bank, FSB | Distribution paid 23.55% on $27,229.63; Claim# 7; Filed: $27,229.63; Reference: 1002 | 7100-000 | | 6,414.20 | 7,250.82 |
| 03/10/14 | 114 | Chase Bank USA,N.A | Distribution paid 23.55% on $1,621.71; Claim# 8; Filed: $1,621.71; Reference: 5494/KOHLS | 7100-000 | | 382.01 | 6,868.81 |
| 03/10/14 | 115 | U.S. Bank N.A. | Distribution paid 23.55% on $11,441.69; Claim# 9; Filed: $11,441.69; Reference: 0890 | 7100-000 | | 2,695.20 | 4,173.61 |
| 03/10/14 | 116 | Citibank, NA | Distribution paid 23.55% on $6,000.76; Claim# 10; Filed: $6,000.76; Reference: 0812 | 7100-000 | | 1,413.54 | 2,760.07 |
| 03/10/14 | 117 | Citicorp Trust Bank | Distribution paid  23.55% on $1,152.00; Claim# | 7100-000 | | 271.36 | 2,488.71 |

Subtotals :    $125,000.00    $122,511.29

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-71140 | |
| **Case Name:** | LIMA, RICK CARL | |
| | LIMA, SHARON MICHELLE | |
| **Taxpayer ID #:** | **-***0519 | |
| **Period Ending:** | 04/15/14 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7566 - Checking Account |
| **Blanket Bond:** | $606,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11; Filed: $1,152.00; Reference: 3825 | | | | |
| 03/10/14 | 118 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,749.14 | 739.57 |
| | | | Dividend paid 100.00%        1,640.50<br>on $1,640.50;  Claim#<br>ATTY; Filed: $1,640.50 | 3110-000 | | | 739.57 |
| | | | Dividend paid 100.00%        108.64<br>on $108.64;  Claim#<br>EXP; Filed: $108.64 | 3120-000 | | | 739.57 |
| 03/10/14 | 119 | Midland Funding LLC | Combined Check for Claims#5,6 | | | 739.57 | 0.00 |
| | | | Dividend paid  23.55%        60.91<br>on $258.56;  Claim# 5;<br>Filed: $258.56;<br>Reference: 9640/JC<br>PENNEY | 7100-000 | | | 0.00 |
| | | | Dividend paid  23.55%        678.66<br>on $2,881.04;  Claim# 6;<br>Filed: $2,881.04;<br>Reference:<br>5171/LOWES | 7100-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 125,000.00 | 125,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 125,000.00 | 125,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$125,000.00** | **$110,000.00** | |

| | |
|---|---|
| Net Receipts : | 125,000.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $110,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7566 | 125,000.00 | 110,000.00 | 0.00 |
| | $125,000.00 | $110,000.00 | $0.00 |